This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-39219**

**MISSI MIQUELA CURRIER,**

Petitioner-Appellee,

v.

**JESSE MCAVOY,**

Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF EDDY COUNTY**
**Raymond L. Romero, District Judge**

Martin, Dugan & Martin
Lane T. Martin
Carlsbad, NM

for Appellee

Aarons Law PC
Stephen D. Aarons
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**ATTREP, Judge.**

**{1}** Respondent appeals from a district court order denying his motion to set aside a stipulated order of protection. We issued a calendar notice proposing to affirm. Respondent has filed a memorandum in opposition, which we have duly considered. We affirm.

**{2}** Respondent continues to argue that the district court erred in quashing the subpoena of Petitioner's lawyer and that, prior to approving the stipulation, the district court should have held a hearing to determine whether he knowingly and voluntarily

entered into it. [MIO 2, 6] We are unpersuaded that the arguments asserted by Respondent in his memorandum in opposition impact our analysis or our disposition of the case; as such, we affirm for the reasons stated in our notice of proposed disposition. *See Hennessy v. Duryea*, 1998-NMCA-036, ¶ 24, 124 N.M. 754, 955 P.2d 683 ("Our courts have repeatedly held that, in summary calendar cases, the burden is on the party opposing the proposed disposition to clearly point out errors in fact or law.").

**{3}    IT IS SO ORDERED.**

**JENNIFER L. ATTREP, Judge**

**WE CONCUR:**

**KRISTINA BOGARDUS, Judge**

**ZACHARY A. IVES, Judge**